JONATHON D. HALLIN
LUKINS & ANNIS, P.S.
601 E. Front Ave., Suite 303
Coeur d'Alene, Idaho 83814
Telephone: (208) 666-4102
Facsimile: (208) 666-4112
Email: jhallin@lukins.com
ISB# 7253

*Attorneys for Plaintiffs, Eric and Rosalynd Wurmlinger*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 19-20785-TLM |
| CHRISTINA GREENFIELD, | Chapter 7 |
| Debtor. | |
| | Adversary Proceeding No. 20-7005 |
| ERIC WURMLINGER and ROSALYND WURMLINGER, husband and wife, | |
| Plaintiffs | |
| v. | |
| CHRISTINA GREENFIELD, an unmarried woman, | |
| Defendant. | |

## MOTION TO DISMISS ADVERSARY PROCEEDINGS

MOTION TO DISMISS ADVERSARY PROCEEDINGS – Page 1

Plaintiffs, ERIC WURMLINGER and ROSALYND WURMLINGER, pursuant to Fed.R.Bankr.P. 7041, Fed.R.Civ.P. 41 and L.B.R. 7041.2, seek dismissal, with prejudice, of these adversary proceedings. This Motion is supported by the Declaration of Eric Wurmlinger, filed contemporaneously herewith.

Dismissal is sought as it does not appear likely that the Plaintiffs will ever be able to fully recover the sums due on their outstanding state court judgment. In recognition of these remote odds, Plaintiffs do not wish to expend any further sums pursuing this matter.

Plaintiffs timely commenced these adversary proceedings out of an abundance of caution to preserve their potential avenues of recovery. Since commencement, the Trustee has obtained leave of this Court to employ a realtor for the purpose of obtaining a bona fide buyer of the Defendant's residence. [ECF 74]. Plaintiffs' state court judgment that is the subject of these proceedings is partially secured by a judgment lien encumbering this residence.

Given Defendant's age and unemployed status, Plaintiffs do not expect any further recovery from the Defendant. From a fiscal standpoint, Plaintiffs intend to focus their efforts and resources on protecting their judgment lien and seeking recovery from the sale of the Debtor's residence.

It is expected that Defendant will raise an issue concerning her purported "Counterclaim." On April 15, 2020, Defendant filed a responsive pleading in this matter. [ECF 20]. Following a scheduling conference, this Court issued a *Pretrial Order*. [ECF 43 – entered June 16, 2020]. That Order provided that "any and all requests for amendments to the pleadings . . . shall be filed no later than thirty (45)[1] [sic] from the date hereof." Accordingly, the deadline to seek leave to amend pleadings tolled on July 31, 2020.

---

[1] The Court orally announced the deadline would be 45 days during the pretrial conference.

MOTION TO DISMISS ADVERSARY PROCEEDINGS – Page 2

On July 30, 2020, Defendant submitted a document captioned *Defendants Counterclaims for Declaratory Relief and Damages*. [ECF 48]. To date, the Defendant has not sought leave to amend in accordance with Fed.R.Bankr.P. 7015 and Fed.R.Civ.P. 15(a), and the time for doing so has long since tolled. Because Defendant has not been granted leave to amend, a counterclaim is not currently pending in this adversary proceeding. Thus, dismissal of this entire action, with prejudice, remains procedurally proper and warranted under Fed.R.Civ.P. 41(a).

Plaintiffs have not received, nor have they been promised, any form of consideration in exchange for their agreement to seek dismissal of these proceedings. For these reasons, Plaintiffs respectfully request that this Court enter an order dismissing this action, with prejudice.

SO NOTICED this 16th day of October, 2020.

> LUKINS & ANNIS, P.S.
>
> By:  /s/ Jonathon D. Hallin
>      JONATHON D. HALLIN
>      Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16TH day of October, 2020, I filed the foregoing **Motion to Dismiss Adversary Proceedings** electronically through the CM/ECF system, which caused the all registered users to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

AND I FURTHER CERTIFY that on such date, I caused In addition, I caused a copy to be served upon the following by U.S.P.S. First Class Mail, postage prepaid:

| | |
|---|---|
| Christina Greenfield<br>210 S. Parkwood Place<br>Post Falls, Idaho 83854 | Brett R. Cahoon<br>Office of the U.S. Trustee<br>720 Park Blvd., Ste. 220<br>Boise, Idaho 83712<br>ustp.region18@bs.ecf@usdoj.gov |
| David P. Gardner, Trustee<br>250 Northwest Blvd., Suite 206B<br>Coeur d'Alene, Idaho 83814<br>trustee@winstoncashatt.com | |

SIGNED:  /s/ Jonathon D. Hallin

MOTION TO DISMISS ADVERSARY PROCEEDINGS – Page 4